THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH BATES,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART STORES EAST, d/b/a<br>WAL-MART<br><br>　　　　　　　Defendant. | 3:22-CV-0668<br><br>(JUDGE MARIANI)<br>(Magistrate Judge Mehalchick) |

## ORDER

AND NOW, THIS 23rd DAY OF FEBRUARY, 2023, upon review of Magistrate Judge Karoline Mehalchick's Report and Recommendation ("R&R") (Doc. 6) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 6) is **ADOPTED** for the reasons set forth therein.

2. Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 3) is **GRANTED**. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff Bates shall file an Amended Complaint within **21 days** of the date of this Order. Failure to file an Amended Complaint may result in the dismissal of the above-captioned action.

4. The case is **REMANDED** to Magistrate Judge Mehalchick for further proceedings consistent with this Order.

　　　　　　　　　　　　　　　　　　　_/s/ Robert D. Mariani_
　　　　　　　　　　　　　　　　　　　Robert D. Mariani
　　　　　　　　　　　　　　　　　　　United States District Judge