THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RUTH BATES, :
:
            Plaintiff, : 3:22-CV-668
: (JUDGE MARIANI)
v. :
:
WAL-MART STORES EAST, d/b/a :
WAL-MART :
:
            Defendant. :

FILED
SCRANTON

FEB 20 2024

PER _____
DEPUTY CLERK

ORDER

AND NOW, THIS 20th DAY OF FEBRUARY, 2024, upon review of Magistrate Judge Karoline Mehalchick's Report and Recommendation ("R&R") (Doc. 9) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 9) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's action is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the Court's Orders and for failure to prosecute this action.[1]

3. The Clerk of Court is directed to **CLOSE** this action.

_____
Robert D. Mariani
United States District Judge

---

[1] Judge Mehalchick's reasoning and conclusion that Plaintiff has failed to prosecute and has abandoned this action is further supported by Plaintiff's failure to file any Objections to the pending R&R.
    The Court also agrees with the R&R's findings that an application of the *Poulis* factors supports the dismissal of this action. *See* Doc. 9, at 4-9; *Poulis v. State Farm Fire and Cas. Co.*, 747 F.2d 863 (3d Cir. 1984).